UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WINFIELD, | No. 2:16-cv-1370 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, | |
| Defendant. | |

By an order filed July 5, 2016, plaintiff was ordered to either pay the filing fee for this action or file a completed in forma pauperis application within thirty days. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed application. Court records show that plaintiff is a "three strikes" inmate pursuant to 28 U.S.C. § 1915(g). See No. 2:12-cv-2387 WBS AC, ECF Nos. 5 & 8. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of Court shall close this case.

Dated: August 12, 2016

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / winf1370.fifp

1